UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff / Counter-Defendant, ) | |
| ) | |
| v. ) | No. 3:13 CV 1182 |
| ) | |
| DAVID L. CANELL, Deceased, ) | |
| ESTATE OF DAVID L. CANELL, ) | |
| ) | |
| Defendant / Counter-Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| ANGELA CAMPOLI, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

On July 30, 2015, this court referred Estate's motion for order of contempt (DE # 58) to Magistrate Judge Christopher A. Nuechterlein. (DE # 67.) On August 5, 2015, Magistrate Judge Nuechterlein issued an order recommending that this court strike the Estate's motion and grant the Estate leave to refile its petition after Phase I of this action is completed. (DE # 70.) In his report, Magistrate Judge Nuechterlein informed the parties that any objections to the report and recommended finding must be made within 14 days after being served with a copy of the report. (*Id.* at 2.) That time has passed, and no objections have been filed.

Therefore, the court **ACCEPTS and ADOPTS** Magistrate Judge Nuechterlein's report and recommendation (DE # 70); **STRIKES** the Estate's motion for order of contempt (DE # 58); and **GRANTS** the Estate leave to refile its petition after Phase I of this action is completed.

**SO ORDERED.**

Date: August 31, 2015

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT